**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CRISTIAN A.R., et al.,**<br><br>*Petitioners,*<br><br>**v.**<br><br>**THOMAS DECKER, et al.,**<br><br>*Respondents.* | Civil Action No. 20-3600<br><br>**ORDER** |

**ARLEO, UNITED STATES DISTRICT JUDGE**

Presently before the Court is Petitioners Cristian A.R.'s, Fedor B.'s, Santiago C.C.'s, Noe C.M.'s, and Alvaro N.M.'s (collectively, "Petitioners") Emergency Motion for Temporary Restraining Order ("TRO"). ECF No. 13. For the reasons detailed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 12th day of April, 2020,

**ORDERED** that Petitioners' TRO Motion, ECF No. 13, is **GRANTED**; and it is further

**ORDERED** that Petitioners are to be released subject to the following specific conditions; and it is further

**ORDERED** that Immigration and Customs Enforcement ("ICE") has 24 hours to process this Court's order and release the Petitioners to the home addresses provided by Petitioners' counsel;[1] and it is further

---

[1] Petitioners shall be released by no later than 5:00 p.m. on Monday, April 13, 2020.

**ORDERED** that, given their criminal histories, Petitioners Cristian A.R., Santiago C.C., and Alvaro N.M. submit to ATD electronic bracelet monitoring as required by ICE in order to protect public safety; and it is further

**ORDERED** that all Petitioners are restricted to home confinement, but may leave their home for activities such as obtaining food and other necessities; obtaining medical and mental health treatment; and to the extent Petitioners are authorized to lawfully work in the United States, to perform such work if their employment is deemed essential under the New Jersey and New York Governors' executive orders; or with permission of the Court or ICE; and it is further

**ORDERED** that Petitioners Cristian A.R., Santiago C.C., and Alvaro N.M. have no contact with the complainants and/or victims related to their underlying criminal charges and convictions; and it is further

**ORDERED** that Petitioners comply with any court orders and attend all court dates; and it is further

**ORDERED** that Petitioners comply with all of ICE's standard conditions of release to the extent that they are consistent with this Order; and it is further

**ORDERED** that Petitioners comply with all national, state, and local shelter-in-place and public safety orders, and CDC guidelines, regarding COVID-19; and it is further

**ORDERED** that the Court will hear argument as to whether the TRO should be converted to a preliminary injunction on **May 4, 2020, at 2:00 p.m.** by teleconference.  Prior thereto, the parties shall submit a status letter.[2]

---

[2] Respondents have requested that the Court state that this Order is no longer in effect when New Jersey Governor Murphy lifts the current stay-at-home executive order issued on March 21, 2020.  The Court declines to do so, but nothing in this Order prevents Respondents from seeking a modification if they believe that changed circumstances require such modification.

Dated:  April 12, 2020                              */s Madeline Cox Arleo*
                                                     **Hon. Madeline Cox Arleo**
                                                     **UNITED STATES DISTRICT JUDGE**