

P.O. Box 32159
Newark, NJ  07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

January 28, 2021

**BY ECF**

The Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *Cristian A.R. v. Decker*, Civil Action No. 2:20-cv-03600-MCA

Dear Judge Arleo:

   My co-counsel and I represent the Petitioners in the above-referenced habeas petition. Pursuant to this Court's Order dated December 29, 2020 (ECF No. 50), Petitioners and Respondents have conferred and agree to an extension of the preliminary injunction and its conditions of release to April 28, 2021. Subject to the Court's approval, both parties believe the most efficient way forward would be for Respondents to advise the Court by April 28, 2021 whether they intend to oppose further extension of the preliminary injunction. At that time, if Respondents do oppose a further extension, the parties will confer and propose a schedule for further briefing.

Thank you for your time and consideration of this matter.

                Respectfully submitted,

                */s Farrin R. Anello*

                Farrin R. Anello

Cc: All counsel of record by ECF

                SO ORDERED

                _s/Madeline Cox Arleo_
                MADELINE COX ARLEO, U.S.D.J.

                Date:  2/1/21